| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| GERALD JOSEPH NELSON JR., FRONTIER RODEO COMPANY, and THE NEW DIVIDE LLC, § § § § **Plaintiffs,** § § versus § § JAMES J. ROTH JR., HOLDINGS LLC, RPR LLC, JARS CATTLE COMPANY LLC, WILL O'CONNELL, DUSTA L. KIMZEY O'CONNELL, and CPRODEO LLC, § § § § § § **Defendants.** § | CIVIL ACTION NO. 1:25-CV-00541 |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This action was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. *See* 28 U.S.C. § 636(b)(1); E.D. Tex. Loc. R. CV-72. On January 8, 2026, Judge Stetson recommended that this case be dismissed without prejudice for lack of subject-matter jurisdiction because Plaintiffs raise only state-law claims and there is not complete diversity among the parties. (#17 at 2, 4).[1] To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

---

[1] Per Plaintiffs' Second Amended Complaint, "Plaintiffs and Defendants do not have complete diversity of citizenship[] under 28 U.S.C. § 1332." (#16 at 3, ¶3.3).

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#17) is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 27th day of January, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE